**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 528 MAL 2016
                                 :

             Petitioner        :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court
            v.               :

                                 :

                               :

JUAN E. RIVERA III,            :

                               :

            Respondent    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.